MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 E. Warm Springs Rd., Ste. 140
Las Vegas, Nevada  89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant/counterclaimant Daisy Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. <br><br> Plaintiff, <br><br> vs. <br><br> NEVADA TRAILS II COMMUNITY ASSOCIATION, INC.; DAISY TRUST; and ALESSI & KOENIG, LLC, <br><br> Defendants. <br><br> DAISY TRUST, <br><br> Counterclaimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counterdefendant. | CASE NO.: 2:16-CV-00880-JCM-PAL <br><br> **STIPULATION AND ORDER TO WITHDRAW DEFENDANT DAISY TRUST'S MOTION FOR SUMMARY JUDGMENT (ECF 27)** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Bank of America, N.A., by and through it's attorney Tenesa Scaturro, Esq., and defendant Daisy Trust by and through its attorney, Michael F. Bohn, Esq., that the motion for summary judgment filed by defendant Daisy Trust on

/ / /

/ / /

1

March 2, 2017 as ECF 27 shall be withdrawn, and plaintiff Bank of America N.A. shall not be required to file a response to the motion

DATED this 15th day of March, 2017.

| AKERMAN LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| By: /s/ /Tenesa S. Scaturro, Esq./<br>Tenesa S. Scaturro, Esq.<br>1160 Town Center Dr., Ste. 330<br>Las Vegas, NV 89144<br>Attorney for plaintiff Bank of America, N.A. | By: /s/ /Michael F. Bohn, Esq./<br>Michael F. Bohn, Esq.<br>376 E. Warm Springs Road, Ste. 140<br>Las Vegas, Nevada 89119<br>Attorney for defendant Daisy Trust |

IT IS SO ORDERED March 17, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.


By: /s/ /Michael F. Bohn, Esq./
   MICHAEL F. BOHN, ESQ.
   376 E. Warm Springs Road, Ste. 140
   Las Vegas, NV 89119
   Attorney for defendant Daisy Trust

2